No. 75–6933. BROWN *v.* OHIO. Court of Appeals of Ohio, Cuyahoga County. [Certiorari granted, *ante*, p. 893.] Motion of petitioner for appointment of counsel granted, and it is ordered that Robert Plautz, Esquire, of Cleveland, Ohio, is appointed to serve as counsel for petitioner in this case.

No. 75–1583. MORRIS ET AL. *v.* GRESSETTE, PRESIDENT PRO TEM, SOUTH CAROLINA SENATE, ET AL. Appeal from D. C. S. C. Probable jurisdiction noted.

No. 76–60. BRISCOE, GOVERNOR OF TEXAS, ET AL. *v.* LEVI, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari granted.

No. 76–413. UNITED STATES ET AL. *v.* LARIONOFF ET AL. C. A. D. C. Cir. Certiorari granted.

No. 76–143. SPLAWN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari granted limited to Questions 1, 2, 3, and 4 presented by the petition.